UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KAREN MARIANNE CRAIG,<br><br>*Plaintiff*,<br><br>v.<br><br>NANCY BERRYHILL, Acting Commissioner, Social Security Administration<br><br>*Defendant*. | Case No.  3:16-CV-05443- RSM<br><br>ORDER FOR EAJA FEES AND EXPENSES |

Based upon the stipulation of the parties,  it is hereby ORDERED that attorney fees in the total amount of $9,200.00,  and expenses in the amount of $20.10 (for postage) shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and the check for  expenses shall be made payable to Plaintiff's attorney, Nancy J. Meserow,  based upon Plaintiff's assignment of these amounts to Plaintiff's attorney; and mailed to her office:

ORDER FOR EAJA FEES AND EXPENSES
3:16-CV – 05443-RSM-DWC

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788

1  Law Office of Nancy J.Meserow
2  7540 S.W. 51st Ave.
   Portland, OR
3  97219

4  Whether the check is made payable to Plaintiff, or to her attorney, Nancy J. Meserow, the

5  check shall be mailed to Attorney Meserow at the address as indicated *supra*.

6  Dated this 4 day of April 2017.

7

8

9  _____
   RICARDO S. MARTINEZ
10 CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EAJA FEES AND EXPENSES
3:16-CV – 05443-RSM-DWC

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788