UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

KAREN MARIANNE CRAIG,

*Plaintiff*,

v.

NANCY BERRYHILL, Acting Commissioner, Social Security Administration

*Defendant*.

Case No. 3:16-CV-05443RSM

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C 406 (B)

Pursuant to U.S.C. § 406(b), reasonable fees in the amount of $21,807.25 are hereby awarded to Plaintiff's attorney, Nancy J. Meserow. Previously this Court awarded Plaintiff EAJA fees of $9,220.10, to be paid by the government, and not out of Craig's benefits. When issuing the 406(b) fee check to Ms. Meserow, the Agency is therefore directed to subtract the amount actually paid as EAJA fees, which totals $9,220.10, and send to Ms. Meserow the balance remaining of the $21,807.25 attorney fees hereby ordered, by check payable to Ms. Meserow in the amount of $12,587.15. Any withheld amount then remaining from Plaintiff's awarded benefits should be released to Plaintiff by Defendant as soon as practicable.

IT IS SO ORDERED this 14 day of August 2018.

ORDER FOR 406(b) fees, Craig v Com. Soc. Sec.
3:16-CV – 05443-RSM-DWC

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOR 406(b) fees, Craig v Com. Soc. Sec.
3:16-CV – 05443-RSM-DWC

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788